[No. 11731–9–I.   Division One.   January 3, 1985.]

VIRGINIA ANNE HINDS, *Respondent,* v. TRANSAMERICA
TITLE INSURANCE COMPANY, *Defendant,* METRO-
POLITAN MORTGAGE & SECURITIES COMPANY,
INC., *Appellant,* PEOPLES NATIONAL
BANK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 79–2–00254–1, Paul D. Hansen, J.,
entered June 2, 1982. *Affirmed in part* and *reversed in part*
by unpublished opinion per Corbett, C.J., concurred in by
Coleman, J.

[No. 5916–2–III.   Division Three.   January 3, 1985.]

ANDERBERG CHEVROLET, INC., *Respondent,* v. GARY
ANDERSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 83–2–01333–4, Kathleen M. O'Connor, J.
Pro Tem., entered May 24, 1983. *Affirmed as modified* by
unpublished opinion per Hettinger, J. Pro Tem., concurred
in by Munson, J., and Edgerton, J. Pro Tem.

[No. 6617–7–III.   Division Three.   January 3, 1985.]

*In the Matter of the Personal Restraint of*
GIUSTINO IACHINI, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by
unpublished opinion per Munson, J., concurred in by
McInturff, A.C.J., and Thompson, J.